

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Margaret Benavides Ervin,                    * From the 39th District Court
                                                    of Stonewall County
                                                    Trial Court No. 1943.

Vs. No. 11-15-00240-CR                    * December 21, 2017

The State of Texas,                    * Memorandum Opinion by Wright, C.J.
                                                    (Panel consists of: Wright, C.J.,
                                                    Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.